UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-05669 ODW (ADS)  Date: August 4, 2022

Title: *Righter v. Cnty. of L.A., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO PRODUCE PLAINTIFF**

On June 10, 2022, the Court issued a Writ of Habeas Corpus ad Testificandum commanding the Warden at Federal Correctional Institution, Herlong ("FCI Herlong") to produce Plaintiff Philip Righter for a telephonic hearing that was scheduled for June 22, 2022, at 10:00 a.m. (Dkt. No. 34.) On that date, however, Plaintiff was not produced for the hearing. (Dkt. No. 36.)

In addition, the Court has been informed that Plaintiff was not produced for video deposition on July 25, 2022, despite having been properly noticed and prearranged with FCI Herlong. (Dkt. No. 41 at 4.) Similarly, Plaintiff was prematurely removed from a scheduled settlement conference conducted by Magistrate Judge Maria A. Audero without prior notice on June 1, 2022. (Dkt. No. 35 at 4-5.)

Accordingly, the Warden at FCI Herlong is ordered to show cause why the Court should not impose monetary sanctions for failing to produce Plaintiff for the June 22 hearing. The response must be filed by no later than **August 18, 2022**. Failure to respond to this Order to Show Cause will result in a recommendation to the District Judge that a monetary sanction be imposed.

**IT IS SO ORDERED.**

Initials of Clerk kh